**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2257

JOSEPH NYENTCHO,

Petitioner,

versus

ALBERT R. GONZALES,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A97-924-954)

Submitted:  June 22, 2007              Decided:  July 26, 2007

Before NIEMEYER, TRAXLER, and MICHAEL, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ana T. Jacobs, ANA T. JACOBS & ASSOCIATES, P.C., Washington, D.C., for Appellant.  Rod J. Rosenstein, United States Attorney, James A Frederick, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Nyentcho, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2006); Barry v. Gonzales, 435 F.3d 741, 744 (4th Cir. 2006), cert. denied, 127 S. Ct. 1147 (2007). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Nyentcho, No. A97-924-954 (B.I.A. Nov. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED